## EXHIBIT A

PARTIAL LISTING OF DESIGN BASICS PUBLICATIONS
FEATURING ONE OR MORE OF THE COPYRIGHTED WORKS

| PLAN NUMBER | PLAN NAME | PUBLISHED TITLE | SUB-TITLE | PUBLICATION DATE |
|---|---|---|---|---|
| 2761 | MAYBERRY | HOSTED SEMINARS | SUMMER/FALL 2005 | 01-Aug-05 |
| 2761 | MAYBERRY | REFLECTIONS #03 23D | VOLUME III | 01-Dec-98 |
| 2761 | MAYBERRY | GOLD SEAL HOME PLANS | | 01-Jan-95 |
| 2761 | MAYBERRY | SEASONS - FIRST TIME | Designs for Spring's New Beginnings | 01-Jan-99 |
| 2761 | MAYBERRY | IMPRESSIONS III - MENARDS | | 01-Jul-02 |
| 2761 | MAYBERRY | DESIGN BASICS HOME PLANS | 400 HOME PLANS | 01-Jul-05 |
| 2761 | MAYBERRY | EASY LIVING ONE-STORY DESIGNS | FEATURING 500 HOME PLANS | 01-Jun-04 |
| 2761 | MAYBERRY | SIMPLY PLANS | OVER 100 HOME PLANS | 01-Mar-02 |
| 2761 | MAYBERRY | BEST SELLING PLANS BSP | Central States Region Edition | 01-Mar-97 |
| 2761 | MAYBERRY | SPEC BLDR  #07 SB8 | Trials of Speculative Building | 01-Nov-97 |
| 2761 | MAYBERRY | PREMIER #10 W3 | Builders on the Cutting Edge | 01-Oct-93 |
| 2761 | MAYBERRY | REFLECTIONS #03 23D | VOLUME III | 01-Oct-99 |
| 2761 | MAYBERRY | MARVIN REGIONAL PLANBOOK | | 05-Dec-02 |
| 2761 | MAYBERRY | A STUDY OF HOME | HOW HOME HAS CHANGED | 11-Apr-01 |
| 2761 | MAYBERRY | SEASONS TRILOGY | 300 HOME PLANS | 25-Aug-03 |
| 2761 | MAYBERRY | NARROW HOME PLANS | | 25-Jan-96 |
| 2761 | MAYBERRY | THE NARROW BOOK | 217 Home Plans 50' or less in width | 25-Jan-96 |
| 2761 | MAYBERRY | EASY LIVING ONE-STORY DESIGNS | OVER 250 HOME PLANS | 26-Oct-00 |
| 2761 | MAYBERRY | EASY LIVING ONE-STORY DESIGNS | OVER 250 HOME PLANS | 26-Oct-00 |

8

| 2761 | MAYBERRY | IMPRESSIONS OF HOME III | | 31-Jan-00 |
| --- | --- | --- | --- | --- |