UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| DESIGN BASICS, LLC | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 1:16-cv-00049 |
| | ) | |
| CULVER CONSTRUCTION, INC, *et al.* | ) | |
|     Defendants. | ) | |

### NOTICE REGARDING EXTENSION OF TIME

Defendants, Culver Construction, Inc., doing business as Culver Remodeling, Culver Design Build, Culver Custom Homes, and Hallmark Homes of Michiana; Culver Development Corporation, doing business as Property Management Services; Wes Culver Realty, LLC, doing business as KW Commercial and Industrial, Wes Culver Auctions, and Wes Culver Home Team; and New Paris Development Company, LLC ("Defendants"), by Counsel, notify the Court that Defendants require an enlargement of time in which to respond to Plaintiff's Complaint. The summons and complaint were issued on February 3, 2016 and the date of service of Plaintiff's Complaint upon Defendant was February 8, 2016. Said response is presently due on the 29th day of February, 2016. Defendants seek a twenty-eight day extension to and including the 28th day of March, 2016. Counsel for Plaintiff, has advised the undersigned that Plaintiff has no objection to such extension.  Therefore, in accordance with Local Rule 6.1(b), the parties hereby notify the Court of this extension.

DATED this 22nd day of February, 2016.

YODER, AINLAY, ULMER & BUCKINGHAM, LLP
Attorneys for Defendants

By: s/ Steven J. Olsen_____
Steven J. Olsen #29415-20
130 N. Main Street
P. O. Box 575
Goshen, Indiana 46527-0575
Telephone:  (574) 533-1171
Email:  solsen@yaub.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John D. LaDue
Sean Joseph Quinn
LaDue Curran & Kuehn LLC
200 First Bank Building
205 W Jefferson Blvd
South Bend, IN 46601
Phone: 574-968-0760
Fax: 574-968-0761
Email:  jladue@lck-law.com
          squinn@lck-law.com

s/Steven J. Olsen_____
Steven J. Olsen #29415-20

2