**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

| | | |
|---|---|---|
| DESIGN BASICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-CV-00049-JBC-SLC |
| | ) | |
| CULVER CONSTRUCTION, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

Defendants, Culver Construction, Inc., Culver Development Corporation, Wes Culver Realty, LLC, and New Paris Development Company, LLC (collectively, "Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 12(c), moves the Court for partial judgment on the pleadings on the application and interpretation of 17 U.S.C. § 507(b), the Copyright Act statute of limitations. Defendants have filed their Brief in Support of Motion for Partial Judgment on the Pleadings contemporaneous with this Motion. For reasons explained in the Brief, this Court should find that the Copyright Act statute of limitations establishes a strict occurrence-based look-back period of three years and is not subject to the discovery rule. As a result, the Court should similarly find that the Plaintiff cannot pursue claims based on any acts of alleged infringement that occurred prior to this three-year look-back period, prior to February 3, 2013.

*Design Basics, LLC v. Culver Construction, Inc., et al.*
Case No. 1:16-CV-00049
Defendants' Motion for Partial Judgment on the Pleadings
Page 2 of 3

Respectfully submitted,

YODER, AINLAY, ULMER & BUCKINGHAM, LLP


By: _/s/ Steven J. Olsen_____
Steven J. Olsen #29415-20
Michael F. DeBoni #12434-20
130 N. Main Street, P.O. Box 575
Goshen, Indiana 46527-0575
Telephone: (574) 533-1171
Fax: (574) 534-4174
Email: solsen@yaub.com
        mdeboni@yaub.com
*Attorneys for Defendants, Culver Construction, Inc., Culver Development Corporation, New Paris Development Company, LLC, and Wes Culver Realty, LLC*

BARRETT McNAGNY LLP

By: _/s/ Jerod A. Adler_____
Jeremy N. Gayed, #27551-35
William A. Ramsey, #26547-53
Jerod A. Adler, #31201-53
215 East Berry Street, P.O. Box 2263
Fort Wayne, IN 46801-2263
Phone: (260) 423-9551
Fax: (260) 423-8920
E-Mail: jng@barrettlaw.com
        war@barrettlaw.com
        jaa@barrettlaw.com

*Attorneys for Defendants, Culver Construction, Inc. and Culver Development Corporation*

*Design Basics, LLC v. Culver Construction, Inc., et al.*
Case No. 1:16-CV-00049
Defendants' Motion for Partial Judgment on the Pleadings
Page 3 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John D. LaDue
Sean Joseph Quinn
LaDue Curran & Kuehn LLC
200 First Bank Building
205 W Jefferson Blvd
South Bend, IN 46601


_____/s/ Steven J. Olsen_____
Steven J. Olsen #29415-20

3