**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| DESIGN BASICS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:16-CV-00049-JBC-SLC |
| | ) | |
| CULVER CONSTRUCTION, INC., *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO STAY DISCOVERY PENDING DETERMINATION**
**OF MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

COMES NOW DEFENDANTS, Culver Construction, Inc. and Culver Development Corporation, Wes Culver Realty, LLC, and New Paris Devleopment Company, LLC (collectively, "Defendants", and for their Motion to Stay Discovery Pending Determination of Motion for Partial Judgment on the Pleadings, state as follows:

1. On August 29, 2016, a case management conference was held in this matter. At that conference, counsel for Defendants indicated that Defendants anticipated filing an early dispositive motion limited to the application of the copyright statute of limitations to this matter.

2. Defendants have filed such a motion contemporaneously herewith.

3. If Defendants' motion is granted, Plaintiff's claims in this case will be limited to a three-year look-back from the date of filing of the Complaint. That is, Plaintiff's claims will be limited to the period from February 3, 2013, to the present.

4. Plaintiff served interrogatories and requests for production of documents on Defendant dated September 9, 2016.

5. The scope of Defendants' responses to Plaintiff's discovery requests will depend greatly on whether Defendants' Motion for Partial Judgment on the pleadings relating to

*Design Basics, LLC v. Culver Construction, Inc., et al.*
Case No. 1:16-CV-00049
Defendants' Motion to Stay Discovery Pending Determination of Motion for Partial Judgment on the Pleadings
Page 2 of 4

interpretation and application of the copyright statute of limitations is granted. If Defendants' motion is granted, Defendants' responses will be limited to conduct occurring during the three-year look-back period and will involve the alleged publication of three of Defendants' alleged plans, but will involve no structures built in connection with any of these plans. Otherwise, Defendants' responses could relate back to 1989, the year incorporation for Culver Development Corporation.

6.     Disposition of Defendants' Motion for Partial Judgment on the Pleadings will thus substantially alter the burden and cost of responding to Plaintiff's discovery requests.

7.     In light of the critical role that disposition of Defendants' Motion for Partial Judgment on the Pleadings will play in establishing the relevant time period at issue in this case, and thus in the scope, size, and burden of discovery, counsel for Defendants conferred with counsel for Plaintiff and requested that discovery—including Defendants' responses to Plaintiff's discovery requests—be stayed in whole until after the Court's determination of the gateway statute of limitations issue.

8.     Counsel for Plaintiff refused to agree to a stay, but granted Defendants additional time to respond to Plaintiff's discovery requests.

9.     Defendants accordingly now approach the Court and request that the Court stay discovery in whole until after final determination of Defendants' Motion for Partial Judgment on the Pleadings.

10.     A stay of discovery will avoid a vast amount of likely unnecessary cost and labor in production (should Defendants' motion be granted), and will avoid the needless duplication of effort by Defendants in making two productions (one limited to three years, and one including a significantly greater period of time, should Defendants' motion be denied).

2

*Design Basics, LLC v. Culver Construction, Inc., et al.*
Case No. 1:16-CV-00049
Defendants' Motion to Stay Discovery Pending Determination of Motion for Partial Judgment on the Pleadings
Page 3 of 4

11.     A stay of discovery will further avoid inevitable discovery conflicts and motion practice between the parties on these issues.  Absent a stay, Defendants will contend that it is only obligated to provide responses and production consistent with the three-year look-back window.  Plaintiff has already signaled an intention to oppose Defendants' position.  Absent a stay, the Court will likely be required to determine the scope of Defendants' production obligations in the context of a motion to compel.  A stay of discovery pending determination of Defendants' Motion for Partial Judgment on the Pleadings will thus preserve not only the time and effort of the parties, but also of the Court.

WHEREFORE, Defendants Culver Construction, Inc., Culver Development Corporation, Wes Culver Realty, LLC, and New Paris Development Company, LLC, respectfully request that this Court stay all discovery pending its decision on Defendants' concurrently filed Motion for Partial Judgment on the Pleadings.

Respectfully submitted,

YODER, AINLAY, ULMER & BUCKINGHAM, LLP

By:  /s/  Steven J. Olsen

Steven J. Olsen #29415-20
Michael F. DeBoni #12434-20
130 N. Main Street, P.O. Box 575
Goshen, Indiana 46527-0575
Telephone:  (574) 533-1171
Fax: (574) 534-4174
Email:  solsen@yaub.com
        mdeboni@yaub.com
*Attorneys for Defendants, Culver Construction, Inc., Culver Development Corporation, New Paris Development Company, LLC, and Wes Culver Realty, LLC*

*Design Basics, LLC v. Culver Construction, Inc., et al.*
Case No. 1:16-CV-00049
Defendants' Motion to Stay Discovery Pending Determination of Motion for Partial Judgment on the Pleadings
Page 4 of 4

BARRETT McNAGNY LLP

By: __/s/ Jerod A. Adler_____
Jeremy N. Gayed, #27551-35
William A. Ramsey, #26547-53
Jerod A. Adler, #31201-53
215 East Berry Street, P.O. Box 2263
Fort Wayne, IN 46801-2263
Phone: (260) 423-9551
Fax: (260) 423-8920
E-Mail: jng@barrettlaw.com
        war@barrettlaw.com
        jaa@barrettlaw.com

*Attorneys for Defendants, Culver Construction, Inc. and*
*Culver Development Corporation*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

John D. LaDue
Sean Joseph Quinn
LaDue Curran & Kuehn LLC
200 First Bank Building
205 W Jefferson Blvd
South Bend, IN 46601

_____/s/ Steven J. Olsen_____
Steven J. Olsen #29415-20

4